**No. 57897.**—Flanery Sausage Company and American Express Co. *v.* United States, protest 176438–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of artificial sausage casings, wholly or in chief value of gelatin, the same in all material respects as those the subject of Abstract 57048, the claim of the plaintiffs was sustained.